THE HONORABLE MARSHA J. PECHMAN

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

FEB - 9 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## SEATTLE DIVISION

| | |
|---|---|
| AVOCENT REDMOND CORP, a Washington corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>ROSE ELECTRONICS, a Texas general partnership; PETER MACOURERK, an individual; DARIOUSH "DAVID" RAHVAR, an individual; ATEN TECHNOLOGY INC., a California corporation; ATEN INTERNATIONAL CO., LTD., a Taiwanese company; TRIPPE MANUFACTURING COMPANY, an Illinois corporation; and BELKIN CORPORATION, a Delaware corporation,<br><br>  Defendants. | NO. CV 06-1711 MJP<br><br>STIPULATION AND (PROPOSED) ORDER EXTENDING DEADLINE FOR ATEN TECHNOLOGY INC. TO ANSWER COMPLAINT<br><br><br><br>06-CV-01711-ORD |

The Plaintiff and Defendant ATEN Technology Inc. ("ATEN Technology") herein, through their undersigned attorneys of record, hereby stipulate and agree to a two-week extension of the period in which ATEN Technology may file an answer or otherwise respond to Plaintiff's Amended Complaint. With this extension, ATEN Technology's answer or response to the Amended Complaint is due February 22, 2007.

STIPULATION AND PROPOSED ORDER
EXTENDING DEADLINE FOR ATEN TECHNOLOGY INC.
TO ANSWER COMPLAINT (CV 06-1711MP)

Foster Pepper PLLC
1111 Third Avenue, Suite 3400
Seattle, Washington 98101-3299 ♦ 206-447-4400

1  DATED this 8th day of February, 2007.

2

3  WILLIAMS, KASTNER & GIBBS PLLC      FOSTER PEPPER PLLC

4

5  By___/s John A. Knox_____      By_____/s Thomas F. Ahearne_____

6

7  JOHN A. KNOX, WSBA No. 12707         THOMAS F. AHEARNE, WSBA No. 14844
   601 Union Street, Suite 4100         1111 Third Avenue, Suite 3400
8  Seattle, Washington 98101-2380       Seattle, Washington 98101-3299

9  Of Counsel:                          Of Counsel:
   James D. Berquist                    Yitai Hu
10 J. Scott Davidson                    Richard Codding
   Donald L. Jackson                    Ming-Tao Yang
11 DAVIDSON BERQUIST JACKSON &          AKIN GUMP STRAUSS HAUER & FELD, LLP
   GOWDEY, LLP                          2 Palo Alto Square
12 4300 Wilson Blvd., Suite 700         3000 El Camino Real, Suite 400
   Arlington, Virginia 22203            Telephone:   (650) 838-2000
13 Telephone:   (703) 894-6400          Facsimile:   (650) 838-2001
   Facsimile:   (703) 894-6430
14                                      Attorneys for Defendant
   Attorneys for Plaintiff              ATEN TECHNOLOGY INC.
15 AVOCENT REDMOND CORP.

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER                2         Foster Pepper PLLC
EXTENDING DEADLINE FOR ATEN TECHNOLOGY INC.             1111 Third Avenue, Suite 3400
TO ANSWER COMPLAINT (CV 06-1711MP)                      Seattle, Washington 98101-3299 ♦ 206-447-4400

## ORDER

IT IS SO ORDERED.

DATED: __Feb 9__, 2007.

_/s/ Marsha Pechman_
Marsha J. Pechman
United States District Judge

Presented By:

FOSTER PEPPER PLLC

By___/s Thomas F. Ahearne___

THOMAS F. AHEARNE, WSBA No. 14844
1111 Third Avenue, Suite 3400
Seattle, Washington 98101-3299

Of Counsel:
Yitai Hu
Richard Codding
Ming-Tao Yang
AKIN GUMP STRAUSS HAUER & FELD, LLP
2 Palo Alto Square
3000 El Camino Real, Suite 400
Telephone:   (650) 838-2000
Facsimile:   (650) 838-2001

Attorneys for Defendant
ATEN TECHNOLOGY INC.

WILLIAMS, KASTNER & GIBBS PLLC

By___/s John A. Knox___

JOHN A. KNOX, WSBA No. 12707
601 Union Street, Suite 4100
Seattle, Washington 98101-2380

STIPULATION AND PROPOSED ORDER
EXTENDING DEADLINE FOR ATEN TECHNOLOGY INC.
TO ANSWER COMPLAINT (CV 06-1711MP)

3

Foster Pepper PLLC
1111 Third Avenue, Suite 3400
Seattle, Washington 98101-3299 ♦ 206-447-4400

<u>Of Counsel:</u>
James D. Berquist
J. Scott Davidson
Donald L. Jackson
DAVIDSON BERQUIST JACKSON & GOWDEY, LLP
4300 Wilson Blvd., Suite 700
Arlington, Virginia 22203
Telephone:   (703) 894-6400
Facsimile:   (703) 894-6430

Attorneys for Plaintiff
AVOCENT REDMOND CORP.

---

STIPULATION AND PROPOSED ORDER
EXTENDING DEADLINE FOR ATEN TECHNOLOGY INC.
TO ANSWER COMPLAINT (CV 06-1711MP)

4

Foster Pepper PLLC
1111 Third Avenue, Suite 3400
Seattle, Washington 98101-3299 ♦ 206-447-4400