UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

|   |   |
|---|---|
| AVOCENT REDMOND CORP., <br><br> Plaintiff, <br><br> v. <br><br> ROSE ELECTRONICS, *et al.*, <br><br> Defendants. | No. C06-1711-MJP <br><br> ORDER ON PLAINTIFF'S SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION TO DISQUALIFY HELLER EHRMAN LLP |

This matter comes before the Court under Local General Rule 8(b). On April 5, 2007, plaintiff Avocent Redmond Corp. ("Redmond") filed a motion to disqualify Heller Ehrman LLP from representing defendants Rose Electronics, Peter Macourek and Darioush "David" Rahvar in this matter (hereinafter "defendants"). See Dkt. #58. On May 1, 2007, this motion was referred by the Honorable Marsha J. Pechman, United States District Judge, to the Chief Judge for review. See Dkt. #83 (Minute Order). Therefore, plaintiff's motion is properly before this Court for consideration.

On May 16, 2007, after plaintiff's motion had been referred to this Court, plaintiff filed a "Supplemental Brief in Support of Its Motion to Disqualify Heller Ehrman LLP" (Dkt. #87) to provide the Court with newly discovered facts supporting its motion. This Court will consider the supplemental brief as part of the Court's review of plaintiff's motion to disqualify Heller Ehrman LLP. As a result, defendants are hereby granted leave to respond to plaintiff's

ORDER ON PLAINTIFF'S
SUPPLEMENTAL BRIEF

supplemental brief. Any response by defendants to plaintiff's supplemental brief shall be filed by **May 24, 2007** and shall not exceed 5 pages, excluding supporting exhibits or declarations. No additional briefing, however, will be considered.

DATED this 17th day of May, 2007.

_MRT S Lasnik_
Robert S. Lasnik
United States District Judge

ORDER ON PLAINTIFF'S
SUPPLEMENTAL BRIEF                    -2-