The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AVOCENT REDMOND CORP., a Washington corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROSE ELECTRONICS, a Texas general partnership; PETER MACOUREK, an individual; DARIOUSH "DAVID" RAHVAR, an individual; ATEN TECHNOLOGY INC., a California corporation; ATEN INTERNATIONAL CO., LTD., a Taiwanese Company; BELKIN INTERNATIONAL, INC., a Delaware corporation, and BELKIN INC., a Delaware corporation,<br><br>　　　　　Defendants. | NO. 06-1711-MJP<br><br>AVOCENT'S SUBMISSION OF THE U.S. COURT OF FEDERAL CLAIMS' SUMMARY JUDGMENT ORDERS FILED JULY 20, 2010 |

Pursuant to the Court's October 27, 2009 order (Dkt. No. 218), Plaintiff Avocent Redmond Corp. ("Avocent") submits two summary judgment orders issued by Judge Margolis of the U.S. Court of Federal Claims on July 20, 2010. In the first order, Judge Margolis denied Rose's motion for summary judgment of non-infringement of claim 1 of the '323 patent. (*See* Exhibit 1). In the second order, Judge Margolis granted Avocent's motion for summary judgment against Rose's and the United States' unclean hands defenses. (*See* Exhibit 2).

AVOCENT'S SUBMISSION OF THE U.S. COURT OF FEDERAL CLAIMS' SUMMARY JUDGMENT ORDERS FILED JULY 20, 2010 - 1
(06-1711-MJP)

**Williams, Kastner & Gibbs PLLC**
Two Union Square, Suite 4100 (98101-2380)
Mail Address: P.O. Box 21926
Seattle, Washington 98111-3926
(206) 628-6600

1  DATED this 21st day of July, 2010.        /s/John A. Knox
2                                            John A. Knox, WSBA #12707
                                             WILLIAMS, KASTNER & GIBBS PLLC
3                                            601 Union Street, Suite 4100
                                             Seattle, WA  98101-2380
4                                            Tel:  (206) 628-6600
                                             Fax:  (206) 628-6611
5                                            jknox@wkg.com

6                                            James D. Berquist
7                                            J. Scott Davidson
                                             Donald L. Jackson
8                                            DAVIDSON BERQUIST JACKSON & GOWDEY, LLP
                                             4300 Wilson Blvd., Suite 700
9                                            Arlington, Virginia 22203
                                             Tel: (703) 894-6400
10                                           Fax: (703) 894-6430
11                                           jay.berquist@davidsonberquist.com
                                             scott.davidson@davidsonberquist.com
12                                           dlj@dbjg.com

13                                           *Attorneys for Plaintiff Avocent Redmond Corp.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*Attorneys for Rose Electronics, Peter Macourek, and Darioush "David" Rahvar:*

> C. Seth Wilkinson
> YARMUTH WILSDON CALFO PLLC
> 925 Fourth Ave., Suite 2500
> Seattle, WA 98104

> Jeffrey J. Phillips
> Floyd Nation
> HOWREY LLP
> 1111 Louisiana, 25th Floor
> Houston, TX  77002

> Michael S. Dowler
> Park, Vaughan, Fleming & Dowler LLP
> 5847 San Felipe, Suite 1700
> Houston, TX 77057

> Brian L. Jackson
> LAW OFFICE OF BRIAN L. JACKSON
> 1302 Waugh Drive, #582
> Houston, TX  77019-3908

*Attorneys for Aten Technology, Inc. and Aten International Co., Ltd.:*

> Thomas F. Ahearne
> FOSTER PEPPER PLLC
> 1111 Third Avenue, Suite 3400
> Seattle, WA 98101-3299

> Ming-Tao Yang
> FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
> Stanford Research Park
> 3300 Hillview Avenue
> Palo Alto, CA  94304-1203

*Attorneys for Belkin International, Inc. and Belkin, Inc.:*

> Michael A. Moore
> CORR CRONIN MICHELSON BAUMGARDNER & PREECE LLP
> 1001 4th Ave Ste 3900
> Seattle, WA  98154-1051

> David P. Enzminger
> Ryan K. Yagura
> Vision L. Winter
> O'MELVENY & MYERS LLP
> 400 South Hope Street
> Los Angeles, CA 90071-2899

/s/John A. Knox

AVOCENT'S SUBMISSION OF THE U.S. COURT OF FEDERAL CLAIMS' SUMMARY JUDGMENT ORDERS FILED JULY 20, 2010
(06-1711-MJP)

**Williams, Kastner & Gibbs PLLC**
Two Union Square, Suite 4100 (98101-2380)
Mail Address: P.O. Box 21926
Seattle, Washington 98111-3926
(206) 628-6600