The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AVOCENT REDMOND CORP., a Washington corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>ROSE ELECTRONICS, a Texas general partnership; PETER MACOUREK, an individual; DARIOUSH "DAVID" RAHVAR, an individual; ATEN TECHNOLOGY INC., a California corporation; ATEN INTERNATIONAL CO., LTD., a Taiwanese Company; BELKIN INTERNATIONAL, INC., a Delaware corporation, and BELKIN INC., a Delaware corporation,<br><br>        Defendants. | NO. C06-1711 MJP<br><br>DECLARATION OF JOHN A. KNOX IN SUPPORT OF AVOCENT'S MOTION TO LIFT THE STAY AND REQUEST FOR SCHEDULING CONFERENCE |

I, John A. Knox, hereby declare as follows:

1. I am one of the attorneys for Plaintiff Avocent Redmond Corp. ("Avocent") in this action.

2. Attached as Exhibit 1 is a true and correct copy of the Ex Parte Reexamination Certificate issued June 23, 2009 concerning the '264 patent.

3. Attached as Exhibit 2 is a true and correct copy of Ex Parte Reexamination Certificate issued October 20, 2009 concerning the '978 patent.

DECLARATION OF JOHN A. KNOX IN SUPPORT OF
AVOCENT'S MOTION TO LIFT THE STAY - 1
(06-1711-MJP)
3139594.1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101
(206) 628-6600

4.Attached as Exhibit 3 is a true and correct copy of Ex Parte Reexamination Certificate issued November 3, 2009 concerning the '096 patent.

5.Attached as Exhibit 4 is a true and correct copy of the second Ex Parte Reexamination Certificate issued June 8, 2010 concerning the '264 patent.

6.Attached as Exhibit 5 is a true and correct copy of the second Ex Parte Reexamination Certificate issued March 8, 2011 concerning the '096 patent.

7.Attached as Exhibit 6 is a true and correct copy of the Complaint for Unauthorized Use of Patented Inventions, without exhibits, which Avocent Redmond Corp. filed in the Court of Federal Claims on January 31, 2008.

8.Attached as Exhibit 7 is a true and correct copy of the Order issued July 10, 2008 by Judge Margolis allowing Rose Electronics to intervene as a defendant in Avocent's Court of Federal Claims action.

9.Attached as Exhibit 8 is a true and correct copy of Rose Electronics' Answer and Defenses filed in the Court of Federal Claims action.  The Fifth Additional Defense asserted by Rose Electronics included that Avocent's "claims of infringement were limited or barred by the doctrine of laches".

10.Attached as Exhibit 9 is a true and correct copy of the cover page and page 57 of a June 2007 Research Report prepared by Venture Development Corporation entitled "KVM and Console Switch Solutions: Global Market Demand Analysis".

11.Attached as Exhibit 10 is a true and correct copy of the Supplemental Response After Non-Final Rejection in a Re-Examination submitted by Avocent on November 8, 2010.

12.Attached as Exhibit 11 is a true and correct copy of an Office Action of the United States Patent and Trademark Office dated January 18, 2011.

I declare under penalty of perjury that the foregoing is true and correct.

///

///

///

DECLARATION OF JOHN A. KNOX IN SUPPORT OF
AVOCENT'S MOTION TO LIFT THE STAY - 2
(06-1711-MJP)
3139594.1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101
(206) 628-6600

1     DATED this 28th day of April, 2011.

s/John A. Knox, WSBA #12707
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA  98101-2380
P:  (206) 628-6600; F:  (206) 628-6611
E:  jknox@williamskastner.com

---

DECLARATION OF JOHN A. KNOX IN SUPPORT OF
AVOCENT'S MOTION TO LIFT THE STAY - 3
(06-1711-MJP)
3139594.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101
(206) 628-6600

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 28, 2011 the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*Attorneys for Rose Electronics, Peter Macourek, and Darioush "David" Rahvar:*

| | |
|---|---|
| Jeremy E Roller<br>Yarmuth Wilsdon Calfo PLLC<br>818 Stewart St., Ste. 1400<br>Seattle, WA 98101 | Michael S. Dowler<br>Park Vaughn Fleming & Dowler<br>5847 San Felipe Ste 1700<br>Houston, TX 77057 |
| Floyd R. Nation<br>Jeffrey J. Phillips<br>WINSTON & STRAWN LLP<br>1111 Louisiana, 25th Floor<br>Houston, TX 77002 | Brian L. Jackson<br>LAW OFFICE OF BRIAN L. JACKSON<br>1302 Waugh Drive, #582<br>Houston, TX 77019-3908 |

*Attorneys for Aten Technology, Inc. and Aten International Co., Ltd.:*

| | |
|---|---|
| Thomas F. Ahearne<br>Jeremy R. Larson<br>FOSTER PEPPER PLLC<br>1111 Third Avenue, Suite 3400<br>Seattle, WA 98101-3299 | Ming-Tao Yang<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, LLP<br>Stanford Research Park<br>3300 Hillview Avenue<br>Palo Alto, CA 94304-1203 |

*Attorneys for Belkin International, Inc. and Belkin, Inc.:*

| | |
|---|---|
| Michael A. Moore<br>CORR CRONIN MICHELSON BAUMGARDNER<br>& PREECE LLP<br>1001 4th Ave Ste 3900<br>Seattle, WA 98154-1051 | David P. Enzminger<br>Ryan K. Yagura<br>Vision L. Winter<br>O'MELVENY & MYERS LLP<br>400 South Hope Street<br>Los Angeles, CA 90071-2899 |

DATED this 28th day of April, 2011.

s/John A. Knox

DECLARATION OF JOHN A. KNOX IN SUPPORT OF
AVOCENT'S MOTION TO LIFT THE STAY - 4
(06-1711-MJP)
3139594.1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101
(206) 628-6600