UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                       )
AVOCENT REDMOND CORP.,                 )
                                       )   Case No. C06-1711RSL
                    Plaintiff,         )
         v.                            )
                                       )   ORDER TO SHOW CAUSE
ROSE ELECTRONICS, *et al.*,            )
                                       )
                    Defendants.        )
_____)

       This matter comes before the Court *sua sponte*. On December 16 and 19, 2011, defendant filed a motion with related documents that, taken as a whole, exceeds 50 pages in length. Dkt. # 302-324. As of this date, a courtesy copy of these documents has not been provided for chambers.

       Defendant is hereby ORDERED to show cause within five days of this Order why it should not be sanctioned for its failure to comply with Local Civil Rule 10(e)(8) and this Court's "Amended Order Setting Trial Date and Related Dates" (Dkt. # 262). Defendant shall immediately deliver a paper copy of Dkt. # 302-324, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office.

       Dated this 21st day of December, 2011.

                             /s/ Robert S. Lasnik
                             Robert S. Lasnik
                             United States District Judge

ORDER TO SHOW CAUSE