THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AVOCENT REDMOND CORP., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROSE ELECTRONICS, a Texas general partnership; PETER MACOUREK, an individual; DARIOUSH "DAVID" RAHVAR, an individual; ATEN TECHNOLOGY INC., a California corporation; ATEN INTERNATIONAL CO., LTD., a Taiwanese Company; TRIPPE MANUFACTURING COMPANY, an Illinois corporation; BELKIN INTERNATIONAL, INC., a Delaware corporation, and BELKIN, INC., a Delaware corporation,<br><br>Defendants. | No. C06-1711 RSL<br><br>DEFENDANT'S STATEMENT IN RESPONSE TO ORDER TO SHOW CAUSE |

Belkin's local counsel, Corr Cronin Michelson Baumgardner & Preece LLP, hereby files this response in relation to the Court's Order to Show Cause of December 21, 2011. Given the length of the documents submitted, Belkin's local counsel erroneously believed that the Court would prefer to access to these materials on a CD and provided that CD to the Court with a copy of the filing this past Monday. Belkin's local counsel apologizes for this error,

DEFENDANT'S STATEMENT IN RESPONSE TO ORDER
TO SHOW CAUSE – Page 1
No. C06-1711 RSL

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

acknowledges that it should have provided a paper copy of the exhibits to the Court with the filing, and will provide a paper copy of the filing no later than the close of business today.

To the extent that the Court believes sanctions are warranted under these circumstances, the responsibility for this error should be attributed solely to Belkin's local counsel (Corr Cronin), not Belkin, other Defendants, or other counsel for the Defendants.

Dated: December 22, 2011                              Respectfully submitted,

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP

s/ Michael A. Moore
Michael A. Moore, WSBA No. 27047

Robert W. Dickerson *(pro hac vice)*
Yasser El-Gamal *(pro hac vice)*
Dickstein Shapiro, LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067
Tel: 310-772-8317
dickersonr@docksteinshapiro.com
elgamaly@docksteinshapiro.com

Jeffrey A. Miller *(pro hac vice)*
Dickstein Shapiro, LLP
700 Hanson Way
Palo Alto, CA 94304
Tel: 650-632-4328
millerj@docksteinshapiro.com

Attorneys for Defendants Belkin International, Inc. and Belkin, Inc.

DEFENDANT'S STATEMENT IN RESPONSE TO ORDER
TO SHOW CAUSE – Page 2
No. C06-1711 RSL

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John A. Knox
Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
jknox@wkg.com

James D. Berquist
J. Scott Davidson
Donald L. Jackson
DAVIDSON BERQUIST JACKSON & GOWDEY, LLP
4300 Wilson Blvd, Suite 700
Arlington, Virginia 22203
jay.berquist@davidsonberquist.com
scott.davidson@davidsonberquist.com
dlj@dbjg.com

Thomas F. Ahearne
Joel B. Ard
Foster Pepper PLLC
1111 Third Avenue, Suite 3400
Seattle, WA 98101-3299
ahearne@foster.com
ArdJB@foster.com

Ming-Tao Yang
Gregory K. Storey
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
3300 Hillview Avenue
Palo Alto, CA 94304-1203
Ming.yang@finnegan.com
greg.storey@finnegan.com

Robert W. Dickerson
Yasser El-Gamal
Dickstein Shapiro, LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067
dickersonr@dicksteinshapiro.com
elgamaly@dicksteinshapiro.com

Jeffrey A. Miller
Dickstein Shapiro, LLP
700 Hanson Way
Palo Alto, CA 94304
millerj@dicksteinshapiro.com

David P. Enzminger
Winston & Strawn LLP
333 South Hope Street
Los Angeles, CA 90071
denzminger@winston.com

Jeffrey J. Phillips
Winston & Strawn LLP
1111 Louisiana, 25th Floor
Houston, TX 77002
jphillips@winston.com

s/ Michael A. Moore
Michael A. Moore, WSBA No. 27047
CORR CRONIN MICHELSON BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Telephone: (206) 625-8600
Fax: (206) 625-0900
e-mail: mmoore@corrcronin.com

CERTIFICATE OF SERVICE
No. C06-1711MJP