THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AVOCENT REDMOND CORP., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROSE ELECTRONICS, a Texas general partnership; PETER MACOUREK, an individual; DARIOUSH "DAVID" RAHVAR, an individual; ATEN TECHNOLOGY INC., a California corporation; ATEN INTERNATIONAL CO., LTD., a Taiwanese Company; TRIPPE MANUFACTURING COMPANY, an Illinois corporation; BELKIN INTERNATIONAL, INC., a Delaware corporation, and BELKIN, INC., a Delaware corporation,<br><br>Defendants. | No. C06-1711 RSL<br><br>NOTICE OF FILING OF DEFENDANTS ATEN TECHNOLOGY INC., ATEN INTERNATIONAL CO., LTD., BELKIN INTERNATIONAL, INC. AND BELKIN, INC.'S FIRST SUPPLEMENTAL COMBINED STATEMENT OF PRELIMINARY INVALIDITY CONTENTIONS |

Defendants ATEN Technology Inc., ATEN International Co., LTD., Belkin International, Inc. and Belkin, Inc. hereby file their First Supplemental Combined Statement of Preliminary Invalidity Contentions including Appendices A-D pursuant to the Court's Order Granting Motion for Leave to Amend [Dkt. No. 349].

NOTICE OF FILING – 1
No. C06-1711 RSL

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

DATED this 21st day of February, 2012.

        CORR CRONIN MICHELSON
        BAUMGARDNER & PREECE LLP

        s/ Michael A. Moore
        Michael A. Moore, WSBA No. 27047

        s/ Robert W. Dickerson
        Robert W. Dickerson *(pro hac vice)*
        Yasser El-Gamal *(pro hac vice)*
        Jeffrey A. Miller *(pro hac vice)*
        Dickstein Shapiro, LLP
        2049 Century Park East, Suite 700
        Los Angeles, CA 90067
        Tel: 310-772-8300; Fax: 310-772-8301
        dickersonr@dicksteinshapiro.com
        elgamaly@dicksteinshapiro.com
        millerj@dicksteinshapiro.com

        *Attorneys for Defendants Belkin International, Inc. and Belkin, Inc.*

        FOSTER PEPPER PLLC

        s/ Joel B. Ard
        Thomas F. Ahearne, WSBA #4844
        Joel B. Ard, WSBA #40104
        1111 Third Avenue, Suite 3400
        Seattle, WA 98101-3299
        Tel: 206-447-4400
        ahearne@foster.com
        ardjb@foster.com

        s/ Ming Yang
        Ming Yang
        Greg Storey
        Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
        Stanford Research Park
        3300 Hillview Avenue
        Palo Alto, CA 94304-1203
        Tel: 650-849-6600
        ming.yang@finnegan.com
        greg.storey@finnegan.com

        *Attorneys for Defendant, Aten Technology Inc., Aten International Co., Ltd.*

NOTICE OF FILING – 2
No. C06-1711 RSL

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John A. Knox
Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
jknox@wkg.com

James D. Berquist
J. Scott Davidson
Donald L. Jackson
DAVIDSON BERQUIST JACKSON & GOWDEY, LLP
4300 Wilson Blvd, Suite 700
Arlington, Virginia 22203
jay.berquist@davidsonberquist.com
scott.davidson@davidsonberquist.com
dlj@dbjg.com

Thomas F. Ahearne
Joel B. Ard
Foster Pepper PLLC
1111 Third Avenue, Suite 3400
Seattle, WA 98101-3299
ahearne@foster.com
ArdJB@foster.com

Ming-Tao Yang
Gregory K. Storey
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
3300 Hillview Avenue
Palo Alto, CA 94304-1203
Ming.yang@finnegan.com
greg.storey@finnegan.com

Robert W. Dickerson
Yasser El-Gamal
Dickstein Shapiro, LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067
dickersonr@dicksteinshapiro.com
elgamaly@dicksteinshapiro.com

Jeffrey A. Miller
Dickstein Shapiro, LLP
700 Hanson Way
Palo Alto, CA 94304
millerj@dicksteinshapiro.com

s/ Michael A. Moore
Michael A. Moore, WSBA No. 27047
CORR CRONIN MICHELSON BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Telephone: (206) 625-8600
Fax: (206) 625-0900
e-mail: mmoore@corrcronin.com

CERTIFICATE OF SERVICE
No. C06-1711MJP

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900