UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                                           )
AVOCENT REDMOND CORP.,          )
                                                           )   Case No. C06-1711RSL
                   Plaintiff,                   )
     v.                                               )
                                                           )   ORDER DENYING AVOCENT'S
ROSE ELECTRONICS, *et al.*,          )   MOTION TO SEAL (Dkt. # 364)
                                                           )
                  Defendants.             )
_____)

        This matter comes before the Court on "Avocent's Motion to Seal Documents." Dkt. # 364. Plaintiff seeks permission to file under seal a motion to compel discovery, the supporting declaration, and six related exhibits. The documents contain financial information that defendants Aten Technology Inc. and Aten International Co., Ltd., have designated as Attorney's Eyes Only under the terms of the protective order entered in this case. Plaintiff has filed redacted versions of the motion and supporting declaration.

        "There is a strong presumption of public access to the court's files," and, absent a "compelling showing that the public's right of access is outweighed by the interests of the public and the parties," a seal is not appropriate. Local Civil Rule 5(g)(2). In support of the request for permission to redact portions of their motion and to file exhibits under seal, plaintiff simply notes that the documents contain "financial information" that has been designated as confidential by defendants. Not all financial information is confidential, however, and neither plaintiff nor the producing parties have attempted to justify the designation or the proposed redactions/seal. As the Court has previously noted, a party's unilateral designation of a document as

1  "confidential" does not, in and of itself, establish the necessary "compelling showing" under
2  Local Civil Rule 5(g)(2).  In the absence of any discussion regarding the actual confidentiality of
3  the financial information, the possible implications of public disclosure, and the public's interest
4  in access to these records, the Court will not assume that a seal is justified.

6        For all of the foregoing reasons, Avocent's motion to seal (Dkt. # 364) is
7  DENIED.  The Clerk of Court is directed to unseal Dkt. # 365-370.

9        Dated this 4th day of April, 2012.

                /s/ Robert S. Lasnik
                Robert S. Lasnik
                United States District Judge

ORDER DENYING DEFENDANTS' MOTION TO SEAL  -2-