UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AVOCENT REDMOND CORP., <br><br> Plaintiff, <br><br> v. <br><br> ROSE ELECTRONICS, *et al.*, <br><br> Defendants. | Case No. C06-1711RSL <br><br> ORDER GRANTING MOTION TO SEAL (Dkt. # 393) |

This matter comes before the Court on "Avocent's Motion to Seal Documents." Dkt. # 393. Having reviewed the parties' submissions, the Court finds that the public's right of access to the financial information at issue is outweighed by the interests of the public and the parties in protecting such information. Avocent's "Reply in Support of Motion to Compel Discovery" (Dkt. # 394) and the related "Declaration of Anissa Reynolds" (Dkt. # 395) shall remain under seal. The Clerk of Court is directed to unseal Dkt. # 398, however: this document was redacted for public viewing and mistakenly filed under seal.

Dated this 29th day of May, 2012.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION TO SEAL