1

2

3

4

5              UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF WASHINGTON
6                      AT SEATTLE

7   _____
                                          )
8   AVOCENT REDMOND CORP.,                )
                                          )
9                      Plaintiff,         )        Case No. C06-1711RSL
                                          )
10           v.                           )
                                          )        ORDER GRANTING JOINT MOTION
11  ROSE ELECTRONICS, *et al.*,           )        TO WITHDRAW MOTION AND
                                          )        EXTEND EXPERT DISCLOSURE
12                     Defendants.        )        DEADLINE
    _____)

13

14          This matter comes before the Court on the joint motion of plaintiff and the Aten

15  defendants to withdraw Aten's pending motion for relief from deadline and to extend the

16  deadline for Aten to provide their damage expert's rebuttal report. Dkt. # 488. Having reviewed

17  the motion, the Court finds as follows:

18          (1) Many of the issues raised in Aten's "Motion for Relief from Deadline and to

19  Compel or, in the Alternative, to Strike Avocent's Damage Expert Report of William Kerr"

20  (Dkt. # 462) have been resolved by the parties without Court intervention. That motion is

21  hereby withdrawn. The Clerk of Court is directed to remove Dkt. # 462 from the Court's

22  motions calendar.

23          (2) Aten's damage expert's rebuttal report is due on May 21, 2012.

24          (3) Because the Aten defendants have withdrawn their motion for relief from

25  deadline (Dkt. # 462), the Court has not considered that motion or its supporting papers. The

26  public therefore has little to no interest in those documents, and they can remain sealed. Aten's

1    "Motion to File Under Seal in Support of Aten's Motion for Relief from Deadline" (Dkt. # 460)

2    is therefore GRANTED.

3

4         Dated this 29th day of May, 2012.

5                                    *MRt S Lasnik*

6                                    Robert S. Lasnik
7                                    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26