THE HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AVOCENT REDMOND CORP, a Washington corporation<br>　　　　　　　　Plaintiff,<br>　　　v.<br>ROSE ELECTRONICS, a Texas general partnership; PETER MACOUREK, an individual; DARIOUSH "DAVID" RAHVAR, an individual; ATEN TECHNOLOGY INC., a California corporation; ATEN INTERNATIONAL CO., LTD., a Taiwanese company; TRIPPE MANUFACTURING COMPANY, an Illinois corporation; BELKIN INTERNATIONAL, INC., a Delaware corporation, and BELKIN, INC., a Delaware corporation,<br>　　　　　　　　Defendants. | NO. CV 06-1711 RSL<br><br>**AMENDED PRAECIPE TO DEFENDANTS ATEN TECHNOLOGY, INC.'S AND ATEN INTERNATIONAL CO., LTD.'S MOTION TO FILE UNDER SEAL IN SUPPORT OF THEIR OPPOSITION TO AVOCENT'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Defendants ATEN Technology Inc. and ATEN International Co., Ltd. ("ATEN") respectfully request that the court make the following substitutions to the court record for the above-entitled filing:

　　　1)　　ATEN inadvertently left the signature blocks unsigned on Docket No. 673. ATEN submitted executed signature pages on the ECF system on July 31, 2012, at Docket No. 681, to correct this problem.

　　　2)　　Exhibit 21 to Docket No. 676 (Declaration of Ming-Tao Yang) was e-filed incorrectly thereby causing the document to load blank. ATEN resubmitted Exhibit 21 to the ECF system on July 31, 2012, at Docket No. 684, to correct this problem.

AMENDED PRAECIPE- 1
Case No. CV-06-1711 RSL

51236397.1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400   FAX (206) 447-9700

3)      Docket 672 had an incorrect noting date. ATEN thanks the court for its Minute Order of August 21, 2012, at Docket No. 686, correcting this error.

4)      ATEN incorrectly identified Docket No. 679-5 (an exhibit to Declaration of Ming-Tao Yang at Docket 676), as Exhibit 30. This document is actually Exhibit 27.  ATEN submitted a corrected cover sheet showing it as Exhibit 27 to the ECF system on July 31, 2012, at Docket No. 682, to correct this problem.

DATED this 1st day of August, 2012.

FOSTER PEPPER PLLC

/s/Joel B. Ard
Joel B. Ard, WSBA #40104
1111 Third Avenue, Suite 3400
Seattle, Washington 98101-3299
Telephone: 206-447-6252
Fax: 206-749-2063
Email: ardjo@foster.com

Co-Counsel:
Ming-Tao Yang (*admitted pro hac vice*)
Gregory K. Storey *(admitted pro hac vice)*
Eric K. Chiu (*admitted pro hac vice*)
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
3300 Hillview Avenue
Palo Alto, CA  94304-1203
Telephone: 650-849-6600
Fax: 650-849-6666
Email: ming.yang@finnegan.com,
greg.storey@finnegan.com,
eric.chiu@finnegan.com

Attorneys for Defendants, Aten Technology Inc. and Aten International Company LTD.

AMENDED PRAECIPE- 2
Case No. CV-06-1711 RSL

51236397.1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON  98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

# CERTIFICATE OF SERVICE

I certify that I electronically filed this AMENDED PRAECIPE with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the parties who have appeared in this action as of today's date.

There are no other parties who have appeared in this action as of the time this is being prepared for filing that need to be served manually.

DATED this 1st day of August, 2012.

/s Joel B. Ard
Joel B. Ard, WSBA No. 40104

AMENDED PRAECIPE- 3
Case No. CV-06-1711 RSL

51236397.1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400   FAX (206) 447-9700