UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
AVOCENT REDMOND CORP.,                    )
                                          )     Case No. C06-1711RSL
                 Plaintiff,               )
        v.                                )
                                          )     ORDER GRANTING MOTION
ROSE ELECTRONICS, *et al.*,               )     TO WITHDRAW
                                          )
                 Defendants.              )
_____)

This matter comes before the Court on the "Motion for Order Allowing Withdrawal and Substitution of Counsel for Defendants ATEN Technology, Inc. and ATEN International Co., Ltd." Dkt. # 716. Having considered the motion, plaintiff's response,[1] and the remainder of the record, the Court finds as follows:

ATEN represents that it will not seek to amend any of the case management deadlines or to otherwise delay resolution of this litigation based on its decision to retain new counsel. Dkt. # 716 at 1. Although discovery has already closed, the dispositive motions are fully briefed, and there is only one substantive motion pending that may require additional input from withdrawing counsel. The recent admission of new counsel *pro hac vice* and the continued participation of local counsel will help to ensure a smooth transition in ATEN's litigation team.

---

[1] Although the motion to withdraw was noted on the Court's calendar for consideration on August 24, 2012, plaintiff chose to file its response within minutes of receiving notice of the motion. The local rules of this district authorize only a single responsive memorandum: plaintiff's attempt to reserve for itself the right to file a second response on or before August 20, 2012, is therefore unavailing. Because further delay in resolving this threshold motion would unnecessarily disrupt the proceedings, the Court has considered ATEN's motion on the papers submitted.

ORDER GRANTING MOTION TO WITHDRAW

1       Based primarily on ATEN's representation that the association of new counsel
2 will not delay the resolution of this litigation or require any motions for continuance or extension
3 of time, the motion to withdraw (Dkt. # 716) is GRANTED.  The Clerk of Court is directed to
4 terminate the participation of E. Robert Yoches, Ming-Tao Yang, Gregory K. Storey, and Eric
5 K. Chiu.  Withdrawing counsel shall, however, make themselves available to the parties and the
6 Court, consistent with their ethical obligations, for purposes of responding to the pending motion
7 for contempt.

9       Dated this 13th day of August, 2012.

      */s/ Robert S. Lasnik*
      Robert S. Lasnik
      United States District Judge