UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                       )
AVOCENT REDMOND CORP.,                 )
                                       )   Case No. C06-1711RSL
            Plaintiff,                 )
    v.                                 )
                                       )   ORDER REGARDING BELKIN's
ROSE ELECTRONICS, *et al.*,            )   MOTION TO SEAL (Dkt. # 589)
                                       )
            Defendants.                )
_____)

    This matter comes before the Court on "Belkin, Inc. and Belkin International, Inc.'s Motion to Seal Exhibits 7, 12, and 27 Attached to the Declaration of Yasser M. El-Gamal in Support of Their Motion for Partial Summary Judgment." Dkt. # 589. Belkin seeks permission to redact portions of the motion for partial summary judgment and to file certain documents under seal because its third-party vendors designated the documents or information as confidential during discovery.

    Belkin filed a publicly-accessible version of its motion for partial summary judgment with redactions. Dkt. # 590. Avocent reviewed the redacted motion and has agreed to publicize additional information. Dkt. # 635, Ex. A. Belkin has not identified the confidential information belonging to its third-party vendors, nor has it attempted to justify any redactions to the motion beyond those proposed by Avocent. The motion to seal is therefore DENIED as to the motion for partial summary judgment.

    Exhibits 7, 12, and 27 to the Declaration of Yasser M. El-Gamal clearly fall within the scope of confidential information as defined in the Protective Order entered in this litigation

ORDER REGARDING BELKIN'S
MOTION TO SEAL (Dkt. # 588)

1   (Dkt. # 116).  Dkt. # 595 shall, therefore, remain under seal.

3           For all of the foregoing reasons, Belkin's motion to seal (Dkt. # 589) is
4   GRANTED in part.

            DATED this 6th day of September, 2012.

                                    /s/ Robert S. Lasnik
                                    Robert S. Lasnik
                                    United States District Judge

ORDER REGARDING BELKIN'S
MOTION TO SEAL (Dkt. # 588)                    -2-