UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AVOCENT REDMOND CORP., <br><br> Plaintiff, <br><br> v. <br><br> ROSE ELECTRONICS, *et al.*, <br><br> Defendants. | Case No. C06-1711RSL <br><br> ORDER REGARDING BELKIN'S <br> MOTION TO SEAL (Dkt. # 664) |

This matter comes before the Court on "Belkin, Inc. and Belkin International, Inc.'s Motion to Seal Their Reply in Support of Their Motion for Partial Summary Judgment." Dkt. # 664. Belkin seeks permission to redact two portions of its reply memorandum because Avocent designated the information as confidential during discovery.

Belkin filed a publicly-accessible version of its reply memorandum with redactions. Dkt. # 665. Avocent agrees that the financial information contained in footnote 22 should remain sealed but waives any claim to confidentiality for the redaction at page 9, line 9 of Dkt. # 665. Rather than have Belkin refile the reply memorandum, the Court will simply recount the obscured statement here for the public record: "covered by a royalty-free license for all three patents-in-suit."

ORDER REGARDING BELKIN'S
MOTION TO SEAL (Dkt. # 664)

1       For all of the foregoing reasons, Belkin's motion to seal (Dkt. # 664) is
2 GRANTED in part.

3

4       DATED this 6th day of September, 2012.

5

6                          /s/ Robert S. Lasnik
                            Robert S. Lasnik
7                             United States District Judge

ORDER REGARDING BELKIN'S
MOTION TO SEAL (Dkt. # 664)      -2-