THE HONORABLE ROBERT S. LASNIK

06-CV-01711-BOND

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AVOCENT REDMOND CORP., a Washington corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>ROSE ELECTRONICS, a Texas general partnership; PETER MACOUREK, an individual; DARIOUSH "DAVID" RAHVAR, an individual; ATEN TECHNOLOGY INC., a California corporation; ATEN INTERNATIONAL CO., LTD., a Taiwanese Company; TRIPPE MANUFACTURING COMPANY, an Illinois corporation; BELKIN INTERNATIONAL, INC., a Delaware corporation, and BELKIN, INC., a Delaware corporation,<br><br>    Defendants. | No. C06-1711 RSL<br><br>ORDER DENYING PLAINTIFF'S MOTION TO STRIKE<br>~~(PROPOSED)~~ |

This matter having come before the Court on Plaintiff Avocent Redmond Corp.'s Motion to Strike Belkin's Motion for Partial Summary Judgment and Supporting Materials, and the Court having reviewed the materials submitted concerning said Motion, it is hereby

ORDER DENYING PLAINTIFF'S MOTION TO STRIKE – 1
No. C06-1711 RSL

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

ORDERED that Plaintiff's Motion to Strike Belkin's Motion for Partial Summary Judgment and Supporting Materials is DENIED.

DATED: Nov. 9, 2012.

_____
Robert S. Lasnik
United States District Judge

Presented by:

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP

s/ Seann C. Colgan
Michael A. Moore, WSBA No. 27047
Seann C. Colgan, WSBA No. 38769

Robert W. Dickerson *(pro hac vice)*
Dickstein Shapiro, LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067
Tel: 310-772-8317
dickersonr@dicksteinshapiro.com

Jeffrey A. Miller *(pro hac vice)*
Dickstein Shapiro, LLP
700 Hanson Way
Palo Alto, CA 94304
Tel: 650-690-9500
millerj@dicksteinshapiro.com

Yasser El-Gamal *(pro hac vice)*
Allan W. Jansen *(pro hac vice)*
Dickstein Shapiro, LLP
Two Park Plaza, Suite 900
Irvine, CA 92614
Tel: 949-623-7880
elgamaly@dicksteinshapiro.com
jansena@dicksteinshapiro.com

Attorneys for Defendants Belkin International, Inc. and Belkin, Inc.

ORDER DENYING PLAINTIFF'S MOTION TO STRIKE – 2
No. C06-1711 RSL

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

554 00002 mg096504