UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                              )
AVOCENT REDMOND CORP.,                        )
                                              )   Case No. C06-1711RSL
                          Plaintiff,          )
       v.                                     )
                                              )   ORDER DENYING BELKIN'S
ROSE ELECTRONICS, *et al.*,                   )   MOTION TO SEAL (Dkt. # 802)
                                              )
                          Defendants.         )
_____)

This matter comes before the Court on Belkin's "Motion to Seal Their Response to Avocent and ATEN's Respective Motions in Limine and Exhibit Q Attached to the Declaration of Yasser M. El-Gamal in Support Thereof." Dkt. # 802. Belkin seeks permission to file under seal a deposition transcript and its response memorandum because Avocent designated the testimony as highly confidential under the terms of the protective order entered in this case. Avocent declines to join Belkin's motion on the ground that the response and transcript do not contain information that is actually confidential. Dkt. # 818.

Belkin's motion to seal (Dkt. # 802) is therefore DENIED. The Clerk of Court is directed to unseal Dkt. # 804 and 806.

Dated this 29th day of April, 2013.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER DENYING BELKIN'S MOTION TO SEAL