UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AVOCENT REDMOND CORP., <br><br> Plaintiff, <br><br> v. <br><br> ROSE ELECTRONICS, *et al.*, <br><br> Defendants. | Case No. C06-1711RSL <br><br> ORDER GRANTING MOTION TO SEAL (Dkt. # 876) |

This matter comes before the Court on Belkin's "Motion to Seal Their Motion for Reconsideration Concerning Their Daubert Motion to Preclude Any Testimony at Trial by William O. Kerr." Dkt. # 876. Having reviewed the motion and the underlying document, the Court finds that the public's right of access to the details of the settlement agreements is outweighed by the interests of the public and the parties in protecting such information. Dkt. # 877 shall remain under seal. A redacted version of the motion is available for public viewing at Dkt. # 875.

Dated this 29th day of April, 2013.

*MNT S Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION TO SEAL